FILED: August 22, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1970
(3:24-cv-00909-HEH)

_____

LYNSEY ANN PORTER

      Plaintiff - Appellant

v.

BLUE RIDGE BANKSHARES, INC., d/b/a Blue Ridge Bank; G. WILLIAM BEALE, in his individual capacity

      Defendants - Appellees

_____

O R D E R

_____

The court grants an extension of the briefing schedule as follows:

Joint appendix due: 10/29/2025

Opening brief due: 10/29/2025

Response brief due: 12/01/2025

Any reply brief: 21 days from service of response brief.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk