# OFFICE OF THE CIRCUIT MEDIATOR
UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| **EDWARD G. SMITH**<br>CHIEF CIRCUIT MEDIATOR<br>N. MYRTLE BEACH, SOUTH CAROLINA | **JEROME (JERRY) WOODS, II**<br>CIRCUIT MEDIATOR<br>ELKRIDGE, MARYLAND<br>(410) 540-4955<br>Jerry_Woods@ca4.uscourts.gov | **ROBIN R. TIDWELL**<br>CIRCUIT MEDIATOR<br>LEXINGTON, SOUTH CAROLINA |

September 9, 2025

Re: 25-1970, Lynsey Porter v. Blue Ridge Bankshares, Inc.

## **NOTICE OF RESCHEDULED MEDIATION**

Dear Counsel:

This letter confirms that the mediation conference has been rescheduled for **October 10, 2025 at 10:00 a.m. EASTERN**. We will use the same zoom link that was included in the original scheduling letter. You must **provide our office with a direct telephone number for everyone participating** in case of technical difficulties by emailing my assistant, Wendy Fish at wendy_fish@ca4.uscourts.gov.

Thank you for your assistance in this matter.

Sincerely,

Jerome (Jerry) Woods, II
Circuit Mediator

Copies:   Michael Bernard Cohen
David Edward Constine III
Andrew J. Henson
Linda Leigh Rhoads
Thomas Eugene Strelka